# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

ERIC WILLIAMS,

        Plaintiff,

    v.                        Case No. 18-cv-12

ANMOL, LLC,
d/b/a ANMOL RESTAURANT, and
MOHAMMAD ASHRAF PATEL,

        Defendants.

☒   **Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court having approved the parties settlement agreement, the defendants having made payment pursuant to the settlement agreement, and the plaintiff having filed a motion to dismiss, this action is hereby **DISMISSED WITH PREJUDICE,** and without further costs or fees to either party, pursuant to Fed. R. Civ. P. 41.

Date: March 28, 2018

        Stephen C. Dries, Clerk of Court
        EASTERN DISTRICT OF WISCONSIN
        (By) Deputy Clerk, s/ Linda M. Zik

        Approved this 28th day of March, 2018.

        *William E. Duffin*
        WILLIAM E. DUFFIN
        United States Magistrate Judge